IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 AUG 25 PM 4:45

| | |
|---|---|
| YOCHANAN MARKMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> V. <br><br> WHOLE FOODS MARKET, INC., JOHN P. MACKEY, WALTER E. ROBB III, GLENDA JANE FLANAGAN, A.C. GALLO, DAVID LANNON, AND KENNETH J. MEYER, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § CAUSE NO. 1:15-CV-681-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court rendered an order granting Defendants' motion to dismiss and dismissing Plaintiff's claims with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants are awarded costs of court.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this 25th day of August, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE