READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER FORM

District Court: <u>Western District of Texas, Austin Div.</u>   District Court Docket No. <u>1:15-cv-00681-LY</u>

Short Case Title: <u>Markman v. Whole Foods Market, Inc.</u>   Court Reporter: _____

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: _____   Court of Appeals No.: _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**

☐No Hearings  ☐Transcript is unnecessary for appeal purposes  ■Transcript is already on file in the Clerk's Office
  or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line.**
This is to Order a Transcript of the following proceedings: ☐Bail Hearing: _____  ☐Voir Dire:_____
☐Opening Statement of Plaintiff:_____  ☐Opening Statement of Defendant:_____
☐Closing Argument of Plaintiff:_____  ☐Closing Argument of Defendant:_____
☐Opinion of court:_____  ☐Jury Instructions:_____  ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:
☐Private Funds;  ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds;  ☐Advance Payment waived by reporter;  ☐U.S. Government Funds
☐Other_____

Signature_____ Date Transcript Ordered_____
Print Name_____ Phone:_____
Counsel for_____
Address_____

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

  ☐Satisfactory Arrangements for payment were made on _____
  ☐ Payment Arrangements have NOT been made. Reason: ☐Deposit not received  ☐Unable to contact ordering party
    ☐Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____
Address of Reporter:_____

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

  This is to certify that the transcript has been completed and filed at the District Court today.

  Actual Number of Pages: _____  Actual Number of Volumes:_____

Date: _____ Signature of Reporter:_____

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 29, 2017.

<div style="margin-left:40%">

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
     & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@rgrdlaw.com

</div>

# Mailing Information for a Case 1:15-cv-00681-LY Markman v. Whole Foods Market Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory J. Casas**
  casasg@gtlaw.com,douglasz@gtlaw.com,reedci@gtlaw.com

- **Susannah R. Conn**
  sconn@rgrdlaw.com,jillk@rgrdlaw.com,tdevries@rgrdlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com,mzehel@pomlaw.com

- **Sammy Ford , IV**
  sford@azalaw.com,jrubin@azalaw.com

- **John H. George**
  jgeorge@rgrdlaw.com,smorris@rgrdlaw.com

- **John H. Hempfling , II**
  john.hempfling@wholefoods.com

- **J. Alexander Hood**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Ronald D. Lefton**
  leftonr@gtlaw.com,gtcourtalert@gtlaw.com,reddya@gtlaw.com

- **Jason S. Lewis**
  lewisjs@gtlaw.com,westinj@gtlaw.com,johnsonkary@gtlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Jamie Jean McKey**
  jmckey@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,schateauneuf@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Warren Price , III**
  wprice@pohlhawaii.com,jtam@pohlhawaii.com,sokamoto@pohlhawaii.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,Tyamamoto@pohlhawaii.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)